THE STATE OF IOWA, Appellee, v. O. E. SHANNON, Appellant.

Conspiracy: CONVICTION: APPEAL.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

WEDNESDAY, OCTOBER 18, 1893.

THE defendant was indicted and convicted of conspiracy, and appeals.—*Affirmed.*

No appearance for appellant.

*John Y. Stone,* Attorney General, for the State.

By THE COURT.—This case is submitted on a transcript which contains a copy of the indictment, notice of appeal, appeal bond, and record entry of judgment, only. We have carefully examined the entire record before us, and discern no error. AFFIRMED.